AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

<u>Middle</u>   District of   <u>Florida</u>

| | | |
|---|---|---|
| United States of America<br>v. | ) ) ) ) ) ) ) | Case No.    8:08-cr-342-VMC-EAJ |
| <u>Gregory Robinson</u><br>*Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Gregory Robinson                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☒ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

RCVD USMS M/FL TAMPA
2022 JUN 2 PM3:58

Date:   JUN - 2 2022

_____
*Issuing officer's signature*

City and state:   Tampa, Florida

Elizabeth Warren, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____ **COPY** _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

For Investigative Purposes Only
U.S. MARSHAL
MIDDLE DISTRICT OF FLORIDA
HOLDS ORIGINAL WARRANT
OFFICE:   TAMPA, FL

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

MD/FL 12C
(04/17)

# United States District Court

### for

### Middle District of Florida
### Tampa Division

### Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Gregory Robinson

Docket Number: 8:08-cr-342-VMC-EAJ

Name of Sentencing Judicial Officer:  Honorable Virginia M. Hernandez Covington
United States District Judge

Date of Original Sentence: August 27, 2009

Original Offense: Distribution of Five Grams or More of Cocaine Base in Violation of 21 U.S.C § 841 (a)(1) and 841(b)(1)(B)(iii)

Original Sentence: 120 months Bureau of Prisons followed by 96 months Supervised Release. The following special conditions were ordered: Substance abuse treatment and mental health treatment. He was assessed a $100 special assessment fee.

Type of Supervision: Supervised Release

Date Supervision Commenced: August 31, 2017

Date Supervision Expires: August 30, 2025

Assistant United States Attorney: To be determined

Defense Attorney: To be determined

---

## PETITIONING THE COURT TO ISSUE A WARRANT

The probation officer believes that the offender has violated the following condition(s) of supervision:

1. **New criminal conduct, Sale or Delivery of Cocaine, occurring on March 7, 2022, while on supervision in violation of the conditions of supervision:** On March 7, 2022, the defendant sold approximately 2 grams of crack cocaine to an undercover officer of the St. Petersburg Police Department.  He was subsequently charged with Sale or Delivery of Cocaine in Pinellas County Court, Clearwater, Florida, Docket #22-05137-CF-1.

2. **New criminal conduct, Sale or Delivery of Heroin, occurring on March 7, 2022, while on supervision in violation of the conditions of supervision:** On March 7, 2022, the defendant sold approximately 3.8 grams of heroin to an undercover officer of the St. Petersburg Police Department. He was subsequently charged with Sale or Delivery of Heroin in Pinellas County Court, Clearwater, Florida, Docket #22-05168-CF-1.

3. **New criminal conduct, Sale or Delivery of Heroin, occurring on March 24, 2022, while on supervision in violation of the conditions of supervision:** On March 24, 2022, the defendant sold approximately 5 grams of heroin to an undercover officer of the St. Petersburg Police Department in exchange for $600.00.  He was subsequently charged with Sale or Delivery of Heroin in Pinellas County Court, Clearwater, Florida, Docket #22-05168-CF-2.

Case 3:26-mj-00026-ZCB    Document 1    Filed 01/14/26    Page 3 of 4

MD/FL 12C                                                                                                    Page 2
(04/17)

Offender: Gregory Robinson
Docket: 8:08-cr-342-VMC-EAJ
Date Prepared: June 2, 2022

4. **New criminal conduct, Sale or Delivery of Cocaine, occurring on April 26, 2022, while on supervision in violation of the conditions of supervision:** On April 26, 2022, the defendant sold approximately 3 grams of crack cocaine to an undercover officer of the St. Petersburg Police Department in exchange for $200.00. He was subsequently charged with Sale or Delivery of Cocaine in Pinellas County Court, Clearwater, Florida, Docket #22-05168-CF-3.

5. **New criminal conduct, Sale or Delivery of Heroin, occurring on April 26, 2022, while on supervision in violation of the conditions of supervision:** On April 26, 2022, the defendant sold approximately 3 grams of heroin to an undercover officer of the St. Petersburg Police Department in exchange for $400.00. He was subsequently charged with Sale or Delivery of Heroin in Pinellas County Court, Clearwater, Florida, Docket #22-05168-CF-4 .

6. **New criminal conduct, Sale or Delivery of Cocaine, occurring on May 4, 2022, while on supervision in violation of the conditions of supervision:** On May 4, 2022, the defendant sold approximately 4 grams of cocaine to an undercover officer of the St. Petersburg Police Department in exchange for $200.00. He was subsequently charged with Sale or Delivery of Cocaine in Pinellas County Court, Clearwater, Florida, Docket #22-05168-CF-5.

7. **New criminal conduct, Sale or Delivery of Heroin, occurring on May 4, 2022, while on supervision in violation of the conditions of supervision:** On May 4, 2022, the defendant sold approximately 4 grams of heroin to an undercover officer of the St. Petersburg Police Department in exchange for $400.00. He was subsequently charged with Sale or Delivery of Heroin in Pinellas County Court, Clearwater, Florida, Docket #22-05168-CF-6.

8. **New criminal conduct, Felon in Possession of a Firearm, occurring on May 26, 2022, while on supervision in violation of the conditions of supervision:** On May 26, 2022, the defendant had in his possession a Smith & Wesson S40 Black Semi-Automatic Handgun, Serial #GKU0072858. He was subsequently charged with Felon in Possession of a Firearm in Pinellas County Court, Clearwater, Florida, Docket #22-05167-CF-1.

9. **New criminal conduct, Felon in Possession of a Firearm, occurring on May 26, 2022, while on supervision in violation of the conditions of supervision:** On May 26, 2022, the defendant had in his possession a Walther PPX .45 Caliber Black Semi-Automatic Handgun, Serial #FBC7981. He was subsequently charged with Felon in Possession of a Firearm in Pinellas County Court, Clearwater, Florida, Docket #22-05167-CF-2.

10. **New criminal conduct, Possess Firearm with Altered Serial Number, occurring on May 26, 2022, while on supervision in violation of the conditions of supervision:** On May 26, 2022, the defendant had in his possession a Ruger 9mm Black and Silver Handgun, Serial Number Scratched off/defaced. He was subsequently charged with Possess Firearm with Altered Serial Number in Pinellas County Court, Clearwater, Florida, Docket #22-05167-CF-3.

11. **New criminal conduct, Possession of Fentanyl with Intent to Sell, occurring on May 26, 2022, while on supervision in violation of the conditions of supervision:** On May 26, 2022, the defendant was in possession of approximately 9.6 grams of fentanyl. The substance was discovered via a search incident to arrest. He was subsequently charged with Possession of Fentanyl with Intent to Sell in Pinellas County Court, Clearwater, Florida, Docket #22-05167-CF-4.

Case 3:26-mj-00026-ZCB Document 1 Filed 01/14/26 Page 4 of 4

MD/FL 12C                                                                                             Page 3
(04/17)

Offender: Gregory Robinson
Docket: 8:08-cr-342-VMC-EAJ
Date Prepared: June 2, 2022

12. **New criminal conduct, Possession of Cocaine with Intent to Sell, occurring on May 26, 2022, while on supervision in violation of the conditions of supervision:** On May 26, 2022, the defendant was in possession of approximately 49.5 grams of powder cocaine as well as approximately 25.1 grams of crack cocaine. The substances were discovered via a search incident to arrest. He was subsequently charged with Possession of Cocaine with Intent to Sell in Pinellas County Court, Clearwater, Florida, Docket #22-05167-CF-5.

13. **New criminal conduct, Possession of Marijuana with Intent to Sell, occurring on May 26, 2022, while on supervision in violation of the conditions of supervision:** On May 26, 2022, the defendant was in possession of approximately 225.1 grams of marijuana as well as approximately 42.2 grams of THC gummy worms. The substances were discovered via a search incident to arrest. He was subsequently charged with Possession of Marijuana with Intent to Sell in Pinellas County Court, Clearwater, Florida, Docket #22-05167-CF-6.

United States Probation Office Recommendation:

    ☒    Issuance of a Warrant

    ☐    Issuance of a Summons

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   June 2, 2022

*/s/ Brian S. Gabriesheski*

Brian S. Gabriesheski
Senior United States Probation Officer